# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

LINDA D. SWARTZLANDER
                                  **Plaintiff,**

v.

CAPITAL MANAGEMENT SERVICES, LP,
                                  **Defendant.**

Case No. 3:19-cv-00580-WQH-BGS

## PRO HAC VICE APPLICATION

Party Represented: Linda D. Swartzlander

I, **Alejandro E. Figueroa** (Applicant), hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

- My firm name: Sulaiman Law Group, Ltd.
- Street address: 2500 S. Highland Avenue, Suite 200
- City, State, ZIP: Lombard, IL 60148
- Phone number: (630) 575-8181
- Email: alejandrof@sulaimanlaw.com

That on **11/10/2016** (Date) I was admitted to practice before **Illinois State Bar** (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have ☒ have not concurrently or within the year preceding this application made any pro hac vice application to this court.

*(If previous application made, complete the following)*

Title of case: _____

Case Number: _____   Date of Application: _____

Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

*(Signature of Applicant)*

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

| | |
|---|---|
| Nicholas M. Wajda (Name) | (619) 649-2492 (Telephone) |
| Wajda Law Group, APC (Firm) | |
| 3111 Camino Del Rio North, Suite 400 (Street) | San Diego (City) / 92108 (Zip code) |

*(Signature of Applicant)*

I hereby consent to the above designation.

*(Signature of Designee Attorney)*