Case 3:19-cv-00580-WQH-BGS Document 5 Filed 04/10/19 PageID.14 Page 1 of 2
Case 3:19-cv-00580-WQH-BGS Document 2 Filed 03/29/19 PageID.11 Page 1 of 2

AO 441  Summons in a Civil Action



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Linda D. Swartzlander

*Plaintiff*

V.

Capital Management Services, LP

*Defendant*

Civil Action No. 19cv00580-WQH-BGS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Capital Management Services, LP
c/o Registered Agent
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas M Wajda
11400 West Olympic Boulevard, Suite 200M
Los Angeles, CA 90064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____3/29/19_____



John Morrill
*CLERK OF COURT*

S/ _____ M. Exler
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-CV-00580-WQH-BGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* CAPITAL MANAGEMENT SERVICES, LP
was received by me on *(date)* 4/5/19

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* CAPITAL MANAGEMENT SERVICES, LP C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 on *(date)* 4/5/19 AT 4:00 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 4/5/19

*Server's signature*

KEVIN S. DUNN   PROCESS SERVER
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT FOR DAMAGES

SWORN TO ME ON 4/5/19

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022